# Court of Appeals
# of the State of Georgia

ATLANTA, January 03, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0905. RONALD DOMOND v. STEVE UPTON, WARDEN et al.**

Prisoner Ronald Domond appeals directly to this Court from the trial court's order dismissing his petition for habeas corpus. Under our Constitution, the Supreme Court of Georgia has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/03/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*